Luscious GRAHAM, Plaintiff-Appellant,

v.

ANTERO RESOURCES CORPORATION, a Delaware Corporation, Defendant-Appellee.

No. 17-1580

United States Court of Appeals,
Fourth Circuit.

Submitted: February 20, 2018

Decided: March 8, 2018

Luscious Graham, Appellant Pro Se. W. Henry Lawrence, IV, Justin Aaron Rubenstein, Amy Marie Smith, STEPTOE &

JOHNSON PLLC, Bridgeport, West Virginia, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luscious Graham filed a civil action in West Virginia state court, which the Defendant removed to federal district court based on diversity jurisdiction. The district court denied Graham's subsequent motion to remand to state court and ultimately granted summary judgment to the Defendant. Graham's sole challenge on appeal is to the district court's order finding diversity jurisdiction and denying her motion to remand. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Graham v. Antero Res. Corp.*, No. 1:16-cv-00026-FPS-MJA, 2017 WL 1345038 (N.D.W. Va. July 26, 2016; Apr. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*